AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Western District of North Carolina

| United States of America | ) |
| v. | ) |
| HENRY RONALD EMERY, JR. | ) Case No. 3:23-cr-195-KDB |
| Defendant | ) |

RECEIVED
UNITED STATES MARSHAL
**2:04 pm, Sep 20 2023**
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

FILED
Charlotte
Sep 29 2023
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) HENRY RONALD EMERY, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute Controlled Substances Outside the Bounds of Professional Medical Practice - 21 USC 841(a)(1)
Distribute Controlled Substances Outside the Bounds of Professional Medical Practice - 21 U.S.C. § 846

Date: 9/19/2023

*Issuing officer's signature*

City and state: Charlotte, North Carolina

Katherine H. Simon, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on (date) _____, and the person was arrested on (date) 9-29-2023
at (city and state) Charlotte, NC

Date: 9-29-2023

*Arresting officer's signature*

Trevor Lumaedue, DUSM
*Printed name and title*

Case: 3:23-cr-00195-KDB-DCK *SEALED* Document 4 Filed 09/19/2023 Page 1 of 1
Case 3:23-cr-00195-KDB-DCK Document 8 Filed 09/29/23 Page 1 of 1